IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RITA MASENTHIN,

    Plaintiff,

vs.                                                           Case No. 02-4109-SAC

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.

## MEMORANDUM AND ORDER

This court, in accordance with the mandate from the Tenth Circuit, hereby remands the case to the Commissioner for further proceedings consistent with defendant appellee's unopposed motion to remand.

Dated this 2nd day of March, 2005.

                                          s/ Sam A. Crow
                                          Sam A. Crow, U.S. District Senior Judge